UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MAURICE A. GOODE JR., :
: 17 Civ. 3735 (PAE)
Plaintiff, :
: ORDER OF DISMISSAL
-v- :
:
CITY OF NEW YORK, CORIZON HEALTH :
SERVICES, and PSYCHIATRIST "JANE DOE" OF :
CORIZON HEALTH SERVICES, :
:
Defendants. X
------------------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

On December 17, 2018, Magistrate Judge Lehrburger issued an order instructing Goode to amend his complaint by January 14, 2019, or his case would be dismissed for failure to prosecute. Dkt. 26 ("Lehrburger Order"). Goode has not amended his complaint or otherwise responded to this order.

Accordingly, under Federal Rule of Civil Procedure 41(b) and the Court's inherent power, *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–32 (1962), the Court hereby dismisses this case, without prejudice, for the plaintiff's failure to prosecute.

The Clerk of Court is respectfully directed to close this case and to mail a copy of this order to plaintiff at the address on file.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 14, 2020
       New York, New York

1